# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1309**

**CAF 11-02417**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF REBECCA STYLES,
PETITIONER-RESPONDENT,

V                                                                    ORDER

ALAN DAVID TOMASKI, RESPONDENT-APPELLANT.

---

COLUCCI & GALLAHER, P.C., BUFFALO (REGINA A. DEL VECCHIO OF COUNSEL),
FOR RESPONDENT-APPELLANT.

---

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 27, 2011 in a proceeding pursuant to Family Court Act article 4. The order denied respondent's objection to the order of the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court